UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-9029 PA (BFMx) | Date | November 10, 2026 |
| Title | Joshua MacLaughlin Augustin v. BetterBody Foods & Nutrition, LLC | | |

| | | |
|---|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On November 3, 2026, the Court ordered plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution because defendant had not responded to the Complaint within the deadline established by the Federal Rules of Civil Procedure. The Court issued the Order to Show Cause after receiving an executed Waiver of Service indicating that defendant accepted the Waiver of Service and that defendant's response deadline was November 2, 2026. Plaintiff's counsel has filed a Response to the Order to Show Cause and a First Amended Complaint on November 10, 2026. According to plaintiff's counsel, defendant, on October 29, 2026, requested an extension of time to respond to the Complaint, and plaintiff agreed to extend the deadline for defendant to respond to November 16, 2026. The parties did not, however, comply with the Local Rules and the Court's Standing Order by filing their Stipulation with the Court. See also Local Rule 7-1 (explaining that other than a stipulation under Local Rule 8-3, "[s]tipulations will not be effective until approved by the judge . . . ."). Because the parties, pursuant to Local Rule 8-3, could have stipulated to an extension of time for defendant to respond to the Complaint of 30 days, the Court extends the deadline for defendant to respond to the Complaint to November 16, 2026.

Plaintiff's filing of a First Amended Complaint does not absolve the parties of their failures to comply with the Federal Rules of Civil Procedure or the Local Rules. Indeed, the filing of the First Amended Complaint on November 10, 2026, more than two months after service of the Summons and Complaint, is itself not in compliance with Federal Rule of Civil Procedure 15(a)(1)(A), which only allows a party to "amend its pleading once as a matter of course no later than . . . 21 days after serving it." Nor did plaintiff file the First Amended Complaint within 21 days after service of a responsive pleading or Rule 12(b) motion as allowed by Rule 15(a)(1)(B), or pursuant to a stipulation and the Court's order as contemplated by Rule 15(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-9029 PA (BFMx) | Date | November 10, 2026 |
| Title | Joshua MacLaughlin Augustin v. BetterBody Foods & Nutrition, LLC | | |

The Court cautions the parties that their failures to comply with the Federal Rules of Civil Procedure and the Local Rules have unnecessarily taxed the Court's limited resources. Future violations of the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders may result in the imposition of sanctions.

For all of these reasons, the Court strikes the First Amended Complaint and concludes that plaintiff's Response to the Court's Order to Show Cause is insufficient. Should defendant not respond to the Complaint by November 16, 2026, or the parties not otherwise obtain the Court's approval of a Stipulation concerning further modifications to the pleadings or the applicable deadlines, plaintiff shall file a further Response to the Order to Show Cause by no later than November 17, 2026.

IT IS SO ORDERED.

________ : ________

Initials of Preparer ____________